CHRIS BARSNESS (State Bar Number 222861)
Law Office of Barsness & Cohen
9025 Wilshire Blvd. #301
Beverly Hills, CA 90211
(888) 881-6591 Office (310) 246-9980 Fax

Attorney for Debtors, DAVID ARELLANO and EVELIA BARBA

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DAVID ARELLANO; and EVELIA BARBA; Debtors. | CHAPTER 11<br>NO.: 1:09-bk-27362<br><br>DEBTORS' IN POSSESSION APPLICATION FOR EMPLOYMENT OF ATTORNEY PURSUANT TO 11 U.S.C. §328; DECLARATION OF CHRIS BARSNESS IN SUPPORT THEREOF<br><br>[No Hearing Required] |

I, David Arellano and Evelia Barba, debtors in possession herein ("Applicants"), respectfully represent:

1. Applicants filed a petition under Chapter 11 of the Bankruptcy Code on December 23, 2009, and have continued in possession of its property and the management of its affairs.

2. Applicants wish to employ the law firm of Law Offices of Barsness and Cohen as its attorneys herein to be billed against an hourly rate of $250 per hour plus costs. The members of said firm are admitted to practice in this court, have knowledge and experience in bankruptcy practice and are well qualified to represent applicants.

3. In the administration of this case, the professional services that said attorneys will be required to render are:

   a) To advise debtors with respect to its rights, powers, duties, and obligations as debtor in possession in the administration of this case, the operation of business and the management of its property;

-1-

to prepare pleadings, applications, and conduct examinations incidental to administration;

        c)     To advise and represent applicants in its connection with all applications, motions or complaints for reclamation, adequate protection, sequestration, relief from stays, appointment of a trustee or examiner and all other similar matters;

        d)     To develop the relationship of the status of debtor in possession to the claims of creditors in these proceedings;

        e)     To advise and assist the debtors in possession in the formulation and presentation of a plan pursuant to Chapter 11 of the Bankruptcy Code and concerning any and all matters relating thereto; and

        f)     To perform any and all other legal services incidental and necessary herein.

4.     To the best of applicants' knowledge, said attorneys represent no interests adverse to debtors in possession or this estate in the matters upon which they are to be engaged for applicants and their appointment will be in the best interest of this estate.

WHEREFORE, applicants pray that it be authorized to retain and employ Law Office of Barsness and Cohen as its attorney in these proceedings to be billed against an hourly rate of $250 per hour plus costs, with compensation and reimbursement of costs paid out of a general retainer to be paid after further application and approval of this court and for such other further relief as is just.

Dated: February 2, 2010         By:

_____
DAVID ARELLANO, Applicant

_____
EVELIA BARBA, Applicant

CHRIS BARSNESS (State Bar Number 222861)
Law Office of Barsness & Cohen
9025 Wilshire Blvd. #301
Beverly Hills, CA 90211
(888) 881-6591 Office (310) 246-9980 Fax

Attorney for Debtors, DAVID ARELLANO and EVELIA BARBA

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| In re: DAVID ARELLANO; and EVELIA BARBA; Debtors. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CHAPTER 11 NO.: 1:09-bk-27362 <br><br> DECLARATION OF PROPOSED COUNSEL FOR DEBTORS IN SUPPORT OF APPLICATION TO EMPLOY ATTORNEY <br><br><br><br> [No Hearing Required] |
|---|---|---|

I, CHRIS BARSNESS, being duly sworn, declare and allege as follows:

1. I am an attorney duly authorized to practice law before the courts of the State of California. I am also qualified to practice before the United States District Court for the Central District of California and United States District Court for the Eastern District of California. I have personal knowledge of the facts stated herein and if called as a witness I could, and would, competently testify hereto. I also am the proposed attorney for the herein Debtors.

2. I maintain an office for the practice of law under the firm name Law Office of Barsness & Cohen, 9025 Wilshire Blvd. #301, Beverly Hills, California 90211 (the "Firm"). I am a general partner in the Firm. All proposed representation in the above matter will be performed by the undersigned with the exception of any emergency circumstances, and in such case, only a licensed attorney admitted to practice law in this jurisdiction with at least as much experience as the undersigned will provide such emergent representation.

-1-

3. On December 23, 2009, I prepared and filed on behalf of the Debtors a voluntary petition under Chapter 11 of the Bankruptcy Code. The Debtors have continued in possession of their property as debtors-in-possession. No trustee has been appointed.

4. On March 2, 2010, I filed and served a Notice of Application of Debtors for Authority to Employ the Law Office of Barsness & Cohen as Attorney ("Notice") and Application of Debtors to Employ the Law Office of Barsness & Cohen as Attorney pursuant to 11 U.S.C. §328 ("Application").

5. As indicated in the Application, the Debtors wish to employ Law Office of Barsness & Cohen as its General Counsel under 11 U.S.C. §328 in this case to pursue the confirmation and ongoing operations of a reorganization plan and provide any additional legal advice and assistance as requested.

6. The Debtors and the Firm have entered into a written agreement ("Fee Agreement") subject to approval by this Court, a true and correct copy of which is attached hereto as Exhibit A. The Fee Agreement provides that the Firm will render services to the Debtors on the following terms: a) The initial preparation and filing of the voluntary petition, required schedules and forms, and appearances as the initial status conference and 341 meeting, as well as a first draft reorganization plan and disclosure statement for a flat fee of $5,000, which has been paid, and b) additional ongoing representation as needed on an hourly basis at the Firm's normal billing rate of $250 per hour to be deducted from an additional $5,000 retainer. Said additional retainer has not yet been paid to the Firm.

7. The Firm and the undersigned have considerable experience in finance, bankruptcy, real estate and litigation required by this matter and are well qualified to represent the Debtors in connection with this matter. In addition, the undersigned has specialized knowledge and experience in real estate, as he is a licensed California real estate broker, and has knowledge and experience in finance with his Masters in Business Administration and work as general counsel and chief financial officer for several publicly traded companies. If the Firm or the undersigned feel that any issue in this matter may be beyond the scope of its experience, the Firm may employ the use of specialized Chapter 11 counsel for those matters.

8. The Firm and the undersigned understand and agree that its proposed employment and compensation are pursuant to 11 U.S.C. §328, and the Firm requests that the Court specifically approve the terms of the Firm's employment and compensation as set forth in the Fee Agreement.

1     9.     Beyond the original $5,000 flat fee for initial services performed, the Firm has not received an additional retainer from the Debtors.

    10.     The Firm has not agreed to share with any person or entity any compensation the Firm may be awarded in this case, except among members of the Firm. No other payments have been made or promised to the Firm in connection with this employment.

    11.     The Firm has no connection with the Debtors, its creditors, or any other party in interest, their respective attorneys or accountants, the U.S. Trustee, or any person employed in the Office of the U.S. Trustee.

    12.     I believe the Firm does not hold or represent any interest adverse to the Debtors or estate with respect to the matter on which the Firm is to be employed.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct. Executed on March 2, 2010 at Beverly Hills, CA.

By: _____

CHRIS BARSNESS, ESQ.

# EXHIBIT A

<h1 style="text-align:center">LAW OFFICE OF BARSNESS & COHEN</h1>

ATTORNEYS AT LAW<br>
REAL ESTATE, LOAN MODIFICATION, BANKRUPTCY, & RELATED CAUSES



9025 WILSHIRE BOULEVARD, SUITE 301, BEVERLY HILLS, CA 90211<br>
PHONE: 888-881-6591 | FAX: 310.246.9980 | WEBSITE: www.loanmodificationlosangeles.net

## BANKRUPTCY FEE AGREEMENT

This ATTORNEY-CLIENT FEE CONTRACT ("Contract" or "Agreement") is entered into by and between David Arellano ("Client") and LAW OFFICE OF BARSNESS & COHEN, a California law partnership ("Attorney")(collectively, the "Parties").

This letter confirms the terms and conditions on which the Law Office of Barsness & Cohen (the "Firm") will provide legal services to you as a client of the Firm. A written agreement such as the one set forth in this letter is required by California Business and Professions Code §6148 for most attorney engagements, and is advisable in any event to minimize the possibility of any misunderstanding between the Firm and its clients.

Please read with care the terms and conditions on which the Firm is willing to agree to act as your attorney and to represent your interests. If the terms and conditions are acceptable to you, please sign this letter and Exhibit A attached to this letter where indicated below and return it to the undersigned. By executing this letter, you are entering into a contract that is binding on both the Firm and you. The purpose of this letter is to set forth the scope of our engagement as legal counsel to you, to confirm that you and we are in mutual agreement with respect to the same, to set forth the financial arrangements pursuant to our engagement, and to verify your approval of these financial arrangements.

The terms and conditions of this agreement regarding legal services (this "Agreement") are as follows:

1) PARTIES TO AGREEMENT.

The parties to the Agreement are Law Office of Barsness & Cohen (the "Firm") and David Arellano ("Client(s)" or "you").

2) CONDITIONS.

This Agreement will not take effect, and the Firm will have no obligation to provide any legal services or perform any work for you, until you return a signed copy of this agreement and pay the legal fees required below.

3) SCOPE OF ENGAGEMENT AND SERVICES.

The Client retains and employs the Firm to represent Client in a Chapter 11 bankruptcy case to be filed in the United States Bankruptcy Court for the Central District of California, but only as and to the extent specifically set forth in Exhibit A attached to this Agreement, and

for no other services.

4) DUTIES OF CLIENT.

You agree to be truthful with us, to cooperate, to keep us informed of developments, to abide by this Agreement, and to keep us and the bankruptcy court advised of your current address, telephone number, and whereabouts. Further, it is your responsibility to provide us with (1) a full list of all of your creditors, including their names, addresses, account numbers, and the amounts of their claims, (2) copies of all of your tax returns filed within last two years, and (3) copies of your last two paychecks, if you are an employee. If you are self-employed, you must provide us with bank statements or income and expense statements for the last two months. You also agree to review your bankruptcy papers to ensure that they are factually correct and that they disclose fully all of your assets and other financial information. The Firm is not responsible for determining whether there are other assets or claims that are or may be relevant to your bankruptcy case if you fail to inform us of them.

5) LEGAL FEES.

PRE-PETITION-

In order to prepare your petition for Chapter 11 bankruptcy, we will provide the pre-petition services listed in Exhibit A.

The fee for the services covered by this Agreement shall be $5,000 plus a $1,039 court filing fee, for a total of $6,039, payable on your signing of this letter. All fees paid by you to the Firm are earned on their receipt by the Firm and are not refundable for any reason, including the termination of this Agreement. This compensates the Firm for opening your file, taking any calls from creditors, doing an analysis of your matter, and preparing your paperwork. It also compensates the Firm for reserving sufficient time and other resources to handle your case.

POST-PETITION

After the Chapter 11 petition and required schedules are prepared and filed, we must submit billing statements for court approval. For these post-petition services, we will be billing by the hour at $250 per hour. We bill in increments of 0.1 hours, which is the equivalent of 6 minutes. In order to secure the payment of compensation under these post-petition claims, we will require a retainer of $5,000 which will be drawn down after the bankruptcy court approves fee statements, generally on a monthly basis.

6) TERMINATION OF THE FIRM BY THE CLIENT.

The Client shall have the right to terminate and discharge the Firm at any time. Any such termination or discharge of the Firm must be in writing. In such event, the Client authorizes the Firm to make and retain a duplicate of the Client's file. The Client further agrees to bear all reasonable costs of transferring the Client's file to any new counsel chosen by the Client.

7) WITHDRAWAL FROM REPRESENTATION BY THE FIRM.

The attorney-client relationship is one of mutual trust and confidence. If you have any questions at all about the provisions of this Agreement, we invite your inquiries. We

March 2, 2010
Page 3

encourage our clients to inquire about any matter relating to this Agreement.

In addition, the Client agrees that the Firm may withdraw from representing the Client on written notice sufficient to enable the Client to retain new counsel. Without limitation, the Firm can withdraw as counsel: (1) if the Firm decides to cease the practice of law; (2) if evidence discloses that the Client's case is without legal merit; (3) if the Firm determines that it does not wish to further represent the Client; (4) if the Client does not reasonably cooperate with the Firm regarding the Client's case; (5) if the Client is in material breach of this Agreement; or (6) for any reason authorized by law or the California Rules of Professional Conduct.

8) DOCUMENT STORAGE POLICY.

The Firm's policy with regard to documents at the conclusion of a matter is to maintain documents in storage for a period of five years. At the conclusion of that period, *all documents* in a file are destroyed and discarded. Accordingly, if there are any documents or papers you wish removed from your file at the conclusion of a matter, you must advise us in writing in order to ensure that the documents are not destroyed. In the event that, after the matter has been concluded, your files have been sent to off-site storage, the firm will request that you pay for the costs of retrieval of the files prior to any retrieval of your files. In its discretion, the Firm may return documents and files to you at your last known address.

9) DISCLAIMER OF GUARANTEE.

The Client understands that the Firm has made no representation or guarantee concerning the favorable termination of this matter or the favorable outcome of any legal proceedings (including any bankruptcy proceedings) that may be filed or defended on behalf of the Client.

10) APPEARANCE ATTORNEY.

In some cases, an attorney besides someone from the Firm may attend certain bankruptcy hearings with you. If this occurs, we will notify you well in advance of the hearing.

11) OPEN FILE, REFERRAL OF CREDITORS.

Unless other arrangements are made, you agree that we can close your file and refer creditors back to you if you do not proceed with your bankruptcy within 6 months after the date of this Agreement. Further, if you later request that we reopen your file, it may be necessary for us to renegotiate our fee agreement with you.

12) REQUIRED DISCLOSURES.

The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires that every client be given certain mandatory disclosures. These disclosures are attached as Exhibits B and C to this Agreement. By signing this Agreement, you acknowledge that you have received and read Exhibits B and C attached.

13) GENERAL.

This Agreement has been executed, and is intended to be performed in the State of

March 2, 2010
Page 4

California, and governed by the laws of the State of California, and, to the extent applicable, federal bankruptcy law.

14) NO PROMISES AND WARRANTIES.

No promise, representation, or warranty has been made by or for the Firm in respect of this Agreement, except as set forth in this document. The Client acknowledges having had the opportunity to seek the advice of separate counsel with respect to this Agreement and Client has availed himself or herself of that opportunity to the extent that Client deemed appropriate.

15) DISCLOSURE OF TRUSTEE REPRESENTATION.

The firm may have represented various Chapter 7 trustees or creditors in this district in the past. The Firm will work to actively and aggressively represent your interest in your case, regardless of who is appointed trustee and who the various creditors may be in your case.

16) DISPUTE RESOLUTION.

If any dispute arises between you and the Firm regarding our fees or services rendered in connection with this Agreement, such disputes shall be submitted to binding arbitration. Such a dispute would include any claim against the Firm for breach of contract, negligence, breach of fiduciary duty or other wrongdoing. The arbitration shall be conducted before the American Arbitration Association. The arbitrator(s) appointed to hear the case shall be an attorney(s) or retired Judge(s). The California Rules of Evidence shall apply at the arbitration hearing. The decision of the arbitrator(s) shall be final. We both shall have the right to conduct discovery pursuant to the California Rules of Civil Procedure for 120 days after the filing of a response to the request for arbitration. At the conclusion of the arbitration hearing the award rendered by the arbitrator(s) shall be sealed for 60 days while the parties attempt to mediate the dispute. The mediation shall be administered by the American Arbitration Association under its applicable mediation rules. The mediator shall not be the arbitrator(s) previously appointed to hear the dispute unless both parties mutually agree that the arbitrator(s) may serve in that capacity. If the mediation is successful the parties agree that the award of the arbitrator(s) shall be destroyed. If the mediation is unsuccessful, the award of the arbitrator(s) shall be issued and transmitted to the parties and judgment on the award may be entered in any court having jurisdiction thereof.

17) MODIFICATION IN WRITING ONLY.

No change or modification of this Agreement shall be effective until confirmed in a writing signed by the Firm and the Client that expressly refers to this Agreement. This document and Exhibits A, B, and C attached to this Agreement embody the entire agreement of the parties concerning the subject matter of this Agreement. There are no promises, terms, conditions, or obligations other than those contained in this Agreement and in Exhibits A, B, and C, and this Agreement and Exhibits A, B, and C to this Agreement shall supersede all previous communications, representations, or other agreements, either verbal or written, between the Firm and the Client.

18) CONFIDENTIAL COMMUNICATIONS.

March 2, 2010
Page 5

You authorize the Firm to communicate with you and to send and receive confidential communications to you and from you via telecopier, email, and cellular telephone, even though these methods of communication have been shown to have some risk in that they can be accessed by unauthorized third parties.

19) PRIVACY POLICY.

The following is an explanation of the Firm's privacy policy regarding your personal or financial information. The Firm may collect nonpublic personal or financial information about you, either from you directly or from an outside source, in the course of representing you as contemplated by this Agreement. The Firm will disclose any such nonpublic information only to individuals or entities as necessary to provide you with the legal services contemplated by this Agreement. Examples of such individuals or entities include members of the Firm's staff, the U.S. Bankruptcy Court, the U.S. Trustee, and the bankruptcy trustee appointed in your case, and may also include your accountant, your realtor, or your insurance company if you have given the Firm their names. The Firm does not disclose any such nonpublic information to anyone except as and to the extent necessary in the course of representing you as contemplated by this Agreement. If for any reason you do not want us to disclose any such nonpublic information to any person or entity, please so notify us in writing and designate the nonpublic information that you wish not to be disclosed. Please note that certain otherwise nonpublic personal and financial information is required by law to be disclosed to the U.S. Bankruptcy Court in connection with the filing of your Chapter 11 bankruptcy case.

20) COUNTERPARTS, FACSIMILE SIGNATURES.

This Agreement may be signed in counterpart. Facsimile signatures of the Firm and the Client shall be effective as original signatures.

Thank you for choosing Law Office of Barsness & Cohen as your counsel with respect to the matter set forth in Exhibit A. If you wish to seek the advice of other counsel in respect to this Agreement, please feel free to do so. If this Agreement (including Exhibit A) correctly sets forth your understanding of the scope of the services to be rendered to you and if the terms of the engagement are satisfactory, please sign the enclosed copy of this letter, and the enclosed copy of Exhibit A and return them to us, along with the required payment of legal fees. You may retain Exhibits B and C for your information and files. If the scope of services described in this letter are not satisfactory to you, please let us know in writing.

We look forward to working with you and thank you once again for the opportunity to serve you.

Date:_____

_____
Attorney Signature
Chris Barsness, Esq.

By signing below, I agree to the terms of this agreement.

March 2, 2010
Page 6

Date:_____

_____
Client Signature

*COPY*

_____
Print Name

_____
Address Line 1

_____
Address Line 2

_____
Telephone

_____
Email

March 2, 2010
Page 7

# EXHIBIT A

Agreement for Legal Services — Chapter 11 Bankruptcy Case

PRE-PETITION SERVICES INCLUDED.

The Firm's representation of you will include the following described services:

1. Consulting with and advising you before the filing of your Chapter 11 bankruptcy case, at a maximum of two in-person meetings and a reasonable number of telephone calls.

2. Preparing and filing, in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, a voluntary Chapter 11 bankruptcy petition, its exhibits and the required schedules A through J, list of creditors, application to employ counsel, and statement of financial affairs. We will also assemble a draft of the reorganization plan and attend the initial 341(a) creditor's meeting in connection with this pre-petition services.

POST-PETITION SERVICES.

After your Chapter 11 bankruptcy petition and required documents are filed with the court, we will continue to provide any requested legal services in connection with representing you in your Chapter 11 bankruptcy case including any court hearings, creditor negotiation, trustee communication, post-petition reorganization plan preparation and confirmation. These services will be billed on an hourly basis pursuant to paragraph 5 of this Agreement.

March 2, 2010
Page 8

# EXHIBIT B

## BANKRUPTCY INFORMATION SHEET

BANKRUPTCY LAW IS A FEDERAL LAW. THIS SHEET GIVES YOU SOME GENERAL INFORMATION ABOUT WHAT HAPPENS IN A BANKRUPTCY CASE. THE INFORMATION HERE IS NOT COMPLETE. YOU MAY NEED LEGAL ADVICE.

**IMPORTANT NOTE TO INDIVIDUAL DEBTORS:** Effective January 1, 2001, all individual debtors, must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.

**WHEN YOU FILE BANKRUPTCY:**

You can choose the kind of bankruptcy that best meets your needs:

**Chapter 7** - A trustee is appointed to take over your property. Any property of value will be sold or turned into money to pay your creditors. You may be able to keep some personal items and possibly real estate depending on the law of the state where you live.

## CREDIT COUNSELING REQUIREMENT

An individual cannot file a Chapter 7 case unless, during the180-day period before filing, he or she has received an individual or group briefing from an approved nonprofit budget and credit counseling agency that outlined the opportunities for available credit counseling and assisted the individual in performing a budget analysis. Individuals who operate businesses as sole proprietorships are also required to comply with 11 USC §109(h).

**NOTE:** Approved credit counseling agencies are listed on the website of the U.S. Trustee Program, at http://www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm#CA.Credit counseling is available by telephone, in person, and over the Internet.

**Chapter 13** - You can usually keep your property, but you must earn wages or have some other source of regular income and you must agree to pay part of your income to your creditors. The Court must approve your repayment plan and your budget. A trustee is appointed and will collect the payments from you, pay your creditors, and make sure you live up to the terms of your repayment plan.

**Chapter 12** - Like chapter 13, but it is only for family farmers.

**Chapter 11** - This is used mostly by businesses. In chapter 11, you may continue to operate your business, but your creditors and the court must approve a plan to repay your debts. There is no trustee unless the judge decides that one is necessary; if a trustee is appointed, the trustee takes control of your business and property.

If you have already filed bankruptcy under chapter 7, you may be able to change your case to another chapter.

Your bankruptcy may be reported on your credit record for as long as ten years. It can affect

March 2, 2010
Page 9

your ability to receive credit in the future.

**WHAT IS A BANKRUPTCY DISCHARGE AND HOW DOES IT OPERATE?**

One of the reasons people file bankruptcy is to get a "discharge". A discharge is a Court order which states that you do not have to pay most of your debts. Some debts cannot be discharged. For example, you cannot discharge debts for

- most taxes;
- child support;
- most student loans;
- Court fines and criminal restitution; and
- personal injury caused by driving drunk or under the influence of drugs.

The discharge only applies to debts that arose before the date you filed.

Also, if the Judge finds that you received money or property by fraud, that debt may not be discharged.

It is important to list all your property and debts in your bankruptcy schedules. If you do not list a debt, for example, it is possible the debt will not be discharged.

The Judge can also deny your discharge if you do something dishonest in connection with your bankruptcy case, such as destroy or hide property, falsify records or lie, or if you disobey a Court order.

You can only receive a chapter 7 discharge once every six years. No one can make you pay a debt that has been discharged, but you can voluntarily pay any debt you wish to pay. You do not have to sign a reaffirmation agreement or any other kind of document to do this.

Some creditors hold a secured claim (for example, the bank that holds the mortgage on your house or the loan company that has a lien on your car). You do not have to pay a secured claim if the debt is discharged, but the creditor can still take the property.

**WHAT IS A REAFFIRMATION AGREEMENT?**

Even if a debt can be discharged, you may have special reasons why you want to promise to pay it. For example, you may want to work out a plan with the bank to keep your car. To promise to pay that debt, you must sign and file a reaffirmation agreement with the Court. Reaffirmation agreements are under special rules and are voluntary. They are not required by bankruptcy law or by any other law. Reaffirmation agreements--

- must be voluntary;
- must not place too heavy a burden on you or your family;
- must be in your best interest; and
- can be canceled anytime before the Court issues your discharge or within 60 days

March 2, 2010
Page 10

after the agreement is filed with the Court, whichever gives you the most time.

If you are an individual and you are not represented by an attorney, the Court must hold a hearing to decide whether to approve the reaffirmation agreement. The agreement will not be legally binding until the Court approves it.

If you reaffirm a debt and then fail to pay it, you owe the debt the same as though there was no bankruptcy. The debt will not be discharged and the creditor can take action to recover any property on which it has a lien or mortgage. The creditor can also take legal action to recover a judgment against you.

IF YOU WANT MORE INFORMATION OR HAVE QUESTIONS ABOUT HOW THE BANKRUPTCY LAWS AFFECT YOU, YOU MAY NEED LEGAL ADVICE. THE TRUSTEE IN YOUR CASE IS NOT RESPONSIBLE FOR GIVING YOU LEGAL ADVICE.

March 2, 2010
Page 11

# EXHIBIT C

The Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 requires that every client be given the following disclosure:

IMPORTANT INFORMATION ABOUT
BANKRUPTCY ASSISTANCE SERVICES FROM AN ATTORNEY
OR BANKRUPTCY PETITION PREPARER.

If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. THE LAW REQUIRES AN ATTORNEY OR BANKRUPTCY PETITION PREPARER TO GIVE YOU A WRITTEN CONTRACT SPECIFYING WHAT THE ATTORNEY OR BANKRUPTCY PETITION PREPARER WILL DO FOR YOU AND HOW MUCH IT WILL COST. Ask to see the contract before you hire anyone.

The following information helps you understand what must be done in a routine bankruptcy case to help you evaluate how much service you need. Although bankruptcy can be complex, many cases are routine.

Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents called a Petition, Schedules and Statement of Financial Affairs, as well as in some cases a Statement of Intention need to be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you will have to attend the required first meeting of creditors where you may be questioned by a court official called a `trustee' and by creditors.

If you choose to file a Chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts.

If you choose to file a Chapter 13 case in which you repay your creditors what you can afford over 3 to 5 years, you may also want help with preparing your Chapter 13 plan and with the confirmation hearing on your plan which will be before a bankruptcy judge.

If you select another type of relief under the Bankruptcy Code other than Chapter 7 or Chapter 13, you will want to find out what should be done from someone familiar with that type of relief.

Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only attorneys, not bankruptcy petition preparers, can give you legal advice.

March 2, 2010
Page 12