CHRIS BARSNESS (State Bar Number 222861)
Law Office of Barsness & Cohen
9025 Wilshire Blvd. #301
Beverly Hills, CA 90211
(888) 881-6591 Office (310) 246-9980 Fax

Attorney for Debtors, DAVID ARELLANO and EVELIA BARBA

**FILED & ENTERED**

APR 27 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY adomingu DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re: DAVID ARELLANO; and<br>EVELIA BARBA;<br>   Debtors. | CHAPTER 11<br>NO.: 1:09-bk-27362<br><br>ORDER APPROVING EMPLOYMENT OF LAW OFFICE OF BARSNESS & COHEN AS GENERAL COUNSEL FOR THE ESTATE |

The Application of Debtors In Possession herein to employ the law firm of Law Office of Barsness & Cohen under pre-petition fee agreement to be billed against an hourly rate of $250, plus costs has been read and considered and the court being satisfied that said attorney represents no interests adverse to the debtors in possession or the estate in the matters upon which they are to be engaged, that their employment is necessary and would be in the best interest of this estate, that the said case justifies counsel for the purposes specified, that no notice of hearing on said application should be given, it is

//
//
//
//
//
//
///

-1-

1     ORDERED that the Debtors In Possession are hereby authorized, pursuant to 11 U.S.C. §327(a), to
2 retain and employ the Law Office of Barsness & Cohen to represent it in the within case under Chapter 11
3 of the Bankruptcy Code as its attorney under a pre-petition written fee agreement to be billed against an
4 hourly rate of $250 per hour, plus costs, with compensation and reimbursement of costs paid upon further
5 application and approval of this court.

DATED: April 27, 2010

*/s/ Maureen A. Tighe*

United States Bankruptcy Judge

-2-

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER SETTING SCHEDULING AND CASE MANAGEMENT CONFERENCE + FILING OF  MONTHLY REPORTS**

was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christopher C Barsness    cbarsness1@gmail.com
- Katherine Bunker    kate.bunker@usdoj.gov
- Kary R Kump    dolores@jfarley.com
- Joe M Lozano    notice@NBSDefaultServices.com
- Christopher M McDermott    ecfcacb@piteduncan.com
- Cassandra J Richey    cmartin@pprlaw.net
- Stefanie A Schiff    ecfcacb@piteduncan.com
- Ramesh Singh    claims@recoverycorp.com
- United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov
- Edward T Weber    eweber@rcolegal.com, bknotice@rcolegal.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page